1  ROBERT A. CASSIO   Bar #170197
   Attorney At Law
2  Civic Center Square
   2300 Tulare St., Ste. 230
3  Fresno, CA 93721
   Telephone:   559-498-6310
4  Telephone:   559-498-8580

5  Attorney for Defendant, STARSHA SHAYLENE. ALLEN

7              IN THE UNITED STATES DISTRICT COURT

8              FOR THE EASTERN DISTRICT OF CALIFORNIA

10 UNITED STATES OF AMERICA,           ) CASE No.    CR-F-05-00483 OWW
                                       )
11         Plaintiff,                  )
                                       ) **STIPULATION AND ORDER**
12    v.                               )
                                       )
13 STARSHA SHAYLENE ALLEN              )
              Defendant.               )
14 ─────────────────────────────       )
                                       )

16     The parties hereto, by and through their respective attorneys, herein stipulate and agree,
17 Defendant, STARSHA ALLEN, having tested negative for drug use, shall be released to the third
18 party custody of Turning Point, Inc., in Bakersfield California.  The Defendant shall report directly
19 to Turning Point no more then four hours after release from the Fresno Count Jail Facility.

20     Defendant Starsha Allen shall be released to the custody of her Mother, or Sister for the
21 specific purpose of transportation to Bakersfield, California.  The defendant shall comply with the
22 conditions contained herein and all previously imposed release conditions.  Ms. Allen shall comply
23 with all directives of her Pretrial Services Officer and remain in contact with Pretrial Services  as
24 directed.  Ms. Allen shall remain in contact with her attorney, Robert A. Cassio, and be present at
25 all Court hearings.

28 DATED:      March 20, 2006           s/s ROBERT A. CASSIO

1 _____Attorney for STARSHA SHAYLENE ALLEN

4  DATED:      March 20, 2006             s/s <u>STANLEY BOONE</u>
5  _____Assistant United States Attorney

6  <u>IT IS SO ORDERED.</u>

7          <u>Dated:     **March 20, 2006**        /s/ Lawrence J. O'Neill</u>
8                     <u>b9ed48UNITED STATES MAGISTRATE JUDGE</u>