| | |
|---|---|
| 1 | ROBERT A. CASSIO   Bar #170197 |
| | Attorney At Law |
| 2 | Civic Center Square |
| | 2300 Tulare St., Ste. 230 |
| 3 | Fresno, California 93721 |
| | Telephone:   (559) 498-6310 |
| 4 | Telephone:   (559) 498-8580 |
| 5 | Attorney for Defendant, STARSHA SHAYLENE. ALLEN |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CASE No.   CR-F-05-00483 OWW |
| | ) |
| Plaintiff, | ) **STIPULATION AND ORDER FOR** |
| | ) **EXTENSION OF SELF-SURRENDER** |
| v. | ) **DATE FROM JUNE 19, 2006, TO JULY** |
| | ) **10, 2006** |
| STARSHA SHAYLENE ALLEN | ) |
| | ) |
| Defendant. | ) |
| | ) |

The parties hereto, by and through their respective attorneys, herein stipulate and agree, to Susan Perry of the U.S. Marshall Office's request for an extension of the self-surrender date of Defendant, STARSHA ALLEN, from June 19, 2006, to July 10, 2006, due to the misplacement of Defendant's designation request documents by the U.S. Marshall's office.

The defendant shall remain in the third party custody of Turning Point, Inc., in Bakersfield, California, and shall comply with the conditions contained herein and all previously imposed release conditions.  Ms. Allen shall comply with all directives of her Pretrial Services Officer and remain in contact with Pretrial Services  as directed.  Ms. Allen shall remain in contact with her attorney, Robert A. Cassio, and be present at all Court hearings.

DATED:   June 16, 2006                                  /s/ Robert A. Cassio
                                                                        ROBERT A. CASSIO
                                                                        Attorney for Defendant
                                                                        STARSHA SHAYLENE ALLEN

1 | DATED:        June 15, 2006                    /s/ Stanley A. Boone
2 |                                                 STANLEY BOONE
                                                    Assistant United States Attorney
3 |                                                 This was agreed to by Mr. Boone via
                                                    telephone on June 15, 2006
4 |
5 | **IT IS SO ORDERED.**
6 | **Dated:     June 19, 2006                     /s/ Anthony W. Ishii**
    0m8i78                                          UNITED STATES DISTRICT JUDGE
7 |
8 |
9 |
10 |
11 |
12 |
13 |
14 |
15 |
16 |
17 |
18 |
19 |
20 |
21 |
22 |
23 |
24 |
25 |
26 |
27 |
28 |