1  ROBERT A. CASSIO   Bar #170197
   Attorney At Law
2  Civic Center Square
   2300 Tulare St., Ste. 230
3  Fresno, California 93721
   Telephone:   (559) 498-6310
4  Telephone:   (559) 498-8580

5  Attorney for Defendant, STARSHA SHAYLENE. ALLEN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) CASE No.   CR-F-05-00483 OWW |
|---|---|
| Plaintiff, | ) **STIPULATION AND ORDER FOR** |
| | ) **EXTENSION OF SELF-SURRENDER** |
| v. | ) **DATE FROM JULY 10, 2006, TO** |
| | ) **AUGUST 28, 2006** |
| STARSHA SHAYLENE ALLEN | ) |
| Defendant. | ) |

The parties hereto, by and through their respective attorneys, herein stipulate and agree, at the recommendation of Defendant, STARSHA SHAYLENE ALLEN's, physician, Sudhir Patel, request an extension of Defendant's self-surrender date from July 10, 2006, to August 28, 2006, due to the critical health of her newborn son and the necessity to be breast feed for six weeks.

The defendant shall remain on home confinement in Bakersfield, California, under the supervision of Dovie Allen, and shall comply with the conditions contained herein and all previously imposed release conditions. Ms. Allen shall comply with all directives of her Pretrial Services Officer and remain in contact with Pretrial Services as directed. Ms. Allen shall remain in contact with her attorney, Robert A. Cassio, and be present at all court hearings.

A violation of any of the foregoing conditions of release may result in the immediate issuance of a warrant for Defendant's arrest, a revocation of release, an order of detention and a prosecution for contempt of court and could result in a term of imprisonment, a fine or both.

/ /

1     **SO ORDERED**

2     DATED:     July 7, 2006     /s/ OLIVER W. WANGER
                                                  HONORABLE OLIVER W. WANGER
3                                                     UNITED STATES DISTRICT JUDGE

5     DATED:     July 6, 2006     /s/ Robert A. Cassio
                                                   ROBERT A. CASSIO
6                                                    Attorney for Defendant
                                                   STARSHA SHAYLENE ALLEN

8     DATED:     July 6, 2006     /s/ Stanley A. Boone
                                                   STANLEY BOONE
9                                                    Assistant United States Attorney
                                                   This was agreed to by Mr. Boone via
10                                                   telephone on July 6, 2006