Prob 12B

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

## PETITION TO MODIFY THE CONDITIONS OR TERM OF SUPERVISION
## WITH CONSENT OF THE OFFENDER

*(Probation Form 49, Waiver of Hearing, is on file)*

| | |
|---|---|
| **Offender Name:** | Starsha Shaylene ALLEN |
| **Docket Number:** | 1:05CR00483-001 OWW |
| **Offender Address:** | Bakersfield, California |
| **Judicial Officer:** | Honorable Oliver W. Wanger<br>Senior United States District Judge<br>Fresno, California |
| **Original Sentence Date:** | 05/22/2006 |
| **Original Offense:** | 18 USC 1343 - Wire Fraud<br>(CLASS C FELONY) |
| **Original Sentence:** | 8 months BOP; 36 months TSR; $100 special assessment; $7,890 restitution; mandatory testing |
| **Special Conditions:** | Search; Not dispose of assets; Provide financial information; Not incur new lines of credit or debt; Drug counseling and testing; Co-payment for drug counseling up to $25, per month; Submit to DNA collection |
| **Type of Supervision:** | Supervised Release |
| **Supervision Commenced:** | 04/05/2007 |
| **Assistant U.S. Attorney:** | Stanley A. Boone    **Telephone:** (559) 497-4000 |
| **Defense Attorney:** | Robert A. Cassio    **Telephone:** (559) 498-6310 |

**Other Court Action:**

<u>**09/06/2007**</u>:   Court notified regarding releasee's submission of urine test positive for the presence of methamphetamine/amphetamine.

Rev. 02/2007
VIOLATION__PETITION (PROB12B)
(MODIFICATION).MRG

RE:     **Starsha Shaylene ALLEN**
        **Docket Number:  1:05CR00483-001 OWW**
        **PETITION TO MODIFY THE CONDITIONS OR TERM**
        **OF SUPERVISION WITH CONSENT OF THE OFFENDER**

---

## PETITIONING THE COURT

**To modify the conditions of supervision as follows:**

1.   The defendant shall reside and participate in a residential community corrections center, Turning Point for a period of 120 days; said placement shall commence as directed by the probation officer pursuant to 18 USC 3563(b) (11).  The defendant shall pay the cost of confinement as determined by the Bureau of Prisons.

**Justification:**   On September 26, 2007, the releasee, Starsha Shaylene Allen, provided a urine specimen as identified by specimen number C00845414.  The urine specimen was returned positive for the presence of amphetamines and methamphetamine.

On October 5, 2007, the undersigned met with Ms. Allen in the probation office.  Ms. Allen was confronted with the results of her recent drug test and reminded of the previous assurance that a recommendation of a more restrictive nature would be made should she continue to use illegal substances.  Ms. Allen agreed to placement in the community corrections center for up to 120 days and has signed a Probation Form 49.  Ms. Allen will continue to receive drug counseling and be allowed to go to work in order that she might make payments towards her Court ordered restitution.

**RE:** **Starsha Shaylene ALLEN**
**Docket Number: 1:05CR00483-001 OWW**
**PETITION TO MODIFY THE CONDITIONS OR TERM**
**OF SUPERVISION WITH CONSENT OF THE OFFENDER**

Respectfully submitted,

/s/ Thomas A. Burgess

**THOMAS A. BURGESS**
**Senior United States Probation Officer**
Telephone: (6610 861-4392

**DATED:** October 9, 2007
Bakersfield, California
TAB:ks

**REVIEWED BY:**   /s/ Rick C. Louviere
**RICK C. LOUVIERE**
**Supervising United States Probation Officer**

**RE:    Starsha Shaylene ALLEN**
    **Docket Number:  1:05CR00483-001 OWW**
    **PETITION TO MODIFY THE CONDITIONS OR TERM**
    **OF SUPERVISION WITH CONSENT OF THE OFFENDER**

---

**THE COURT ORDERS:**

( X )   Modification approved as recommended.

(   )   Modification not approved at this time.  Probation Officer to contact Court.

(   )   Other:

IT IS SO ORDERED.

**Dated:    October 12, 2007**                     /s/ Oliver W. Wanger
                                                                    UNITED STATES DISTRICT JUDGE