```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  STANLEY A. BOONE
    ANA MARIA MARTEL
 3  Assistant U.S. Attorneys
    2500 Tulare Street, Suite 4401
 4  Fresno, CA 93721
    Telephone: (559)497-4000
 5  Facsimile: (559)497-4099
 6
 7              IN THE UNITED STATES DISTRICT COURT
 8             FOR THE EASTERN DISTRICT OF CALIFORNIA
 9
10  UNITED STATES OF AMERICA,      ) CASE NO. 1:05CR00483-OWW
                                   )
11              Plaintiff,         )
                                   )
12       v.                        ) ORDER TO QUASH WRIT
                                   ) OF ATTACHMENT/GARNISHMENT
13  STARSHA ALLEN,                 )
                                   )
14              Defendant and      )
                Judgment Debtor.   )
15  _____)
                                   )
16  ACS EDUCATION SERVICES, INC.,  )
                                   )
17              Garnishee.         )
    _____)
18
19
20       A Writ of Attachment/Garnishment was served upon ACS Education
21  Services, Inc., Garnishee, on October 8, 2010.  Based upon the Answer
22  of Garnishee, the United States filed with this Court a Request to
23  Quash Writ of Attachment/Garnishment, and having reviewed and
24  considered the same,
25  ///
26  ///
27  ///
28  ///
```

Order to Quash Writ
of Attachment/Garnishment

1

IT IS HEREBY ORDERED that the Writ is quashed and the attachment/garnishment against Garnishee, ACS Education Services, Inc., is terminated.

IT IS SO ORDERED.

Dated:   January 11, 2011                    /s/ Oliver W. Wanger
                                          UNITED STATES DISTRICT JUDGE

Order to Quash Writ
of Attachment/Garnishment

2