```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  STANLEY A. BOONE
    ANA MARIA MARTEL
 3  Assistant U.S. Attorneys
    2500 Tulare Street, Suite 4401
 4  Fresno, CA 93721
    Telephone: (559)497-4000
 5  Facsimile: (559)497-4099

 6

 7              IN THE UNITED STATES DISTRICT COURT

 8            FOR THE EASTERN DISTRICT OF CALIFORNIA

 9

10  UNITED STATES OF AMERICA,    )  CASE NO. 1:05CR00483-OWW
                                 )
11          Plaintiff,           )
                                 )
12      v.                       )
                                 )  ORDER TO QUASH WRIT
13  STARSHA ALLEN,               )  OF ATTACHMENT/GARNISHMENT
                                 )
14          Defendant and        )
            Judgment Debtor.     )
15  _____ )
                                 )
16  PHILIP WILLIAM GANONG,       )
                                 )
17          Garnishee.           )
    _____ )
18
```

19

20      A Writ of Attachment/Garnishment was served upon Philip William

21  Ganong, Garnishee, on October 8, 2010.  Based upon the Answer of

22  Garnishee, the United States filed with this Court a Request to Quash

23  Writ of Attachment/Garnishment, and having reviewed and considered

24  the same,

25  ///

26  ///

27  ///

28  ///

Order to Quash Writ
of Attachment/Garnishment

1

IT IS HEREBY ORDERED that the Writ is quashed and the attachment/garnishment against Garnishee, Philip William Ganong, is terminated.

IT IS SO ORDERED.

**Dated:   January 11, 2011**          **/s/ Oliver W. Wanger**
                                       UNITED STATES DISTRICT JUDGE

Order to Quash Writ
of Attachment/Garnishment

2