```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  STANLEY A. BOONE
    ANA MARIA MARTEL
 3  Assistant U.S. Attorneys
    2500 Tulare Street, Suite 4401
 4  Fresno, CA 93721
    Telephone: (559)497-4000
 5  Facsimile: (559)497-4099
 6
 7              IN THE UNITED STATES DISTRICT COURT
 8           FOR THE EASTERN DISTRICT OF CALIFORNIA
 9
10  UNITED STATES OF AMERICA,    )  CASE NO. 1:05CR00483-OWW
                                 )
11              Plaintiff,       )
                                 )
12       v.                      )  ORDER TO QUASH WRIT
                                 )  OF ATTACHMENT/GARNISHMENT
13  STARSHA ALLEN,               )
                                 )
14              Defendant and    )
                Judgment Debtor. )
15  _____ )
                                 )
16  INTERIM PERSONNEL OF FRESNO, INC.,)
                                 )
17              Garnishee.       )
    _____ )
18
19
```

20    On October 19, 2010, a Writ of Attachment/Garnishment was served
21 upon Spherion Pacific Workforce, LLC., the parent company of the
22 Garnishee, INTERIM PERSONNEL OF FRESNO, INC.  Based upon the letter
23 provided by Spherion in a companion Writ, the United States filed
24 with this Court a Motion to Quash Writ of Attachment/Garnishment, and
25 having reviewed and considered the same,
26 ///
27 ///
28 ///

Order to Quash Writ
of Attachment/Garnishment

1

1    IT IS HEREBY ORDERED that the Writ is quashed and the
2 attachment/garnishment against Garnishee, INTERIM PERSONNEL OF
3 FRESNO, INC., is  terminated.
4
5 IT IS SO ORDERED.
6
7
  Dated: February 25, 2011.
8
                                  /s/ OLIVER W. WANGER
9                                 UNITED STATES DISTRICT JUDGE

Order to Quash Writ
of Attachment/Garnishment

2